Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-667**
**Effective Date of Registration:**
November 26, 2025
**Registration Decision Date:**
December 01, 2025

## Title

**Title of Work:** Fernet Festivus

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 14, 2021
**Nation of 1st Publication:** Canada

## Author

- **Author:** Yvonne Monica Langen
  **Author Created:** photograph
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Yvonne Monica Langen
21 Warwick Pl., Ottawa, K1Y 1K1, Canada

## Rights and Permissions

**Name:** Yvonne Monica Langen
**Email:** yvonne@tasteandtipple.ca
**Address:** 21 Warwick Pl.
Ottawa K1Y 1K1 Canada

## Certification

**Name:** David Denholm
**Date:** June 23, 2025
**Applicant's Tracking Number:** YL2025062301

**Correspondence:** Yes

