AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-11399 | DATE FILED<br>9/17/2026 | Northern District of Illinois |
| PLAINTIFF<br>Yvonne Monica Langen | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Scales | 10/7/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Case: 1:26-cv-11399 Document #: 1-1 Filed: 09/18/26 Page 1 of 6 PageID #:24

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-667**
**Effective Date of Registration:**
November 26, 2025
**Registration Decision Date:**
December 01, 2025

## Title

**Title of Work:** Fernet Festivus

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 14, 2021
**Nation of 1st Publication:** Canada

## Author

- **Author:** Yvonne Monica Langen
  **Author Created:** photograph
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Yvonne Monica Langen
21 Warwick Pl., Ottawa, K1Y 1K1, Canada

## Rights and Permissions

**Name:** Yvonne Monica Langen
**Email:** yvonne@tasteandtipple.ca
**Address:** 21 Warwick Pl.
Ottawa K1Y 1K1 Canada

## Certification

**Name:** David Denholm
**Date:** June 23, 2025
**Applicant's Tracking Number:** YL2025062301

**Correspondence:** Yes



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yvonne Monica Langen

Plaintiff,

v.

Case No.: 1:26−cv−11399
Honorable John F. Kness

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2026:

MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a "Notice of Dismissal" [13]. Because the Notice of Dismissal was filed before the opposing parties served either an answer or a motion for summary judgment, the case is dismissed without prejudice consistent with the terms of the Notice and by operation of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal &quo;t;is self−executing and effective without further action from the court"). Each party is to bear its own fees and costs. The hearing set for 10/7/2026 is stricken. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERI
DISTRICT OF ILLINOIS
October 7, 2026